# **Exhibit A**

**CERTIFICATE OF INCUMBENCY**

**OF**

# RAMBLER FINANCE COMPANY

We, The Trust Company of the Marshall Islands, Inc. (TCMI) of Majuro, Republic of the Marshall Islands, being the duly appointed Registered Agent of RAMBLER FINANCE COMPANY (the "Company"), a non-resident domestic company incorporated in the Marshall Islands on May 18, 2016 with corporation number 84073, hereby confirm the following:

1. The Company is in Good Legal Standing in the Marshall Islands.

2. The registered address of the Company is: Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro, Republic of the Marshall Islands MH 96960

3. As far as can be determined from the documents recorded with the Registered Agent of the Company at the Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro, Republic of the Marshall Islands MH 96960:

   a. The current Director is:

| Name | Optional Information |
|---|---|
| Mr. Stoyan Penev Georgiev | |

   b. The beneficial owners of the company are:

| Name | No. of Shares Held |
|---|---|
| ZELDA PROPERTIES LIMITED | 400 shares |
| ARGENTINA INTERNATIONAL S.A. | 100 shares |

WITNESS my hand and the official seal of
The Trust Company of the Marshall Islands, Inc.
on **May 15, 2020**.

THE TRUST COMPANY OF THE MARSHALL ISLANDS, INC. CORPORATE SEAL 1990 REPUBLIC OF THE MARSHALL ISLANDS

The Trust Company of the Marshall Islands, Inc.
Vasiliki Lymperopoulou
Registered Agent
Authorized Signature

**APOSTILLE**

*(Hague Convention of 5 October 1961/*
*Convention de la Haye du 5 October 1961)*

1. Country: The Republic of the Marshall Islands

***This Public Document***

2. has been signed by: V. Lymperopoulou

3. acting in the capacity of: The Trust Company of the Marshall Islands, Inc., Registered Agent, Authorized Signatory

4. bears the seal/stamp of: The Trust Company of the Marshall Islands, Inc.

***Certified***

5. at: Piraeus, Greece 6. on: May 15, 2020

7. by: Special Agent of the Republic of the Marshall Islands

8. Number: P- 04284-05/2020

9. Seal /stamp: 10: Signature:

SPECIAL AGENT OF THE MARSHALL ISLANDS

Ifigeneia Diamanti, Special Agent of the Republic of the Marshall Islands

**CERTIFICATE OF INCUMBENCY**

**OF**

# ZELDA PROPERTIES LIMITED

We, The Trust Company of the Marshall Islands, Inc. (TCMI) of Majuro, Republic of the Marshall Islands, being the duly appointed Registered Agent of ZELDA PROPERTIES LIMITED (the "Company"), a non-resident domestic company incorporated in the Marshall Islands on April 4, 2016 with corporation number 83275, hereby confirm the following:

1. The Company is in Good Legal Standing in the Marshall Islands.

2. The registered address of the Company is: Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro, Republic of the Marshall Islands MH 96960

3. As far as can be determined from the documents recorded with the Registered Agent of the Company at the Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro, Republic of the Marshall Islands MH 96960:

   a. The current Director is:

| Name | Optional Information |
|---|---|
| Mr. Stoyan Penev Georgiev | |

   b. The beneficial owners of the company is:

| Name |
|---|
| Mr. Atanas Bostanjev |

WITNESS my hand and the official seal of
The Trust Company of the Marshall Islands, Inc.
on **May 15, 2020**.




The Trust Company of the Marshall Islands, Inc.
Vasiliki Lymperopoulou
Registered Agent
Authorized Signature

**APOSTILLE**

*(Hague Convention of 5 October 1961/
Convention de la Haye du 5 October 1961)*

1. Country: The Republic of the Marshall Islands

***This Public Document***

2. has been signed by: V. Lymperopoulou

3. acting in the capacity of: The Trust Company of the Marshall Islands, Inc., Registered Agent, Authorized Signatory

4. bears the seal/stamp of: The Trust Company of the Marshall Islands, Inc.

***Certified***

5. at: Piraeus, Greece 6. on: May 15, 2020

7. by: Special Agent of the Republic of the Marshall Islands

8. Number: P- 04285-05/2020

9: Seal /stamp: 10: Signature:

Ifigeneia Diamanti, Special Agent of the Republic of the Marshall Islands

**CERTIFICATE OF INCUMBENCY**

**OF**

# ARGENTINA INTERNATIONAL S.A.

We, The Trust Company of the Marshall Islands, Inc. (TCMI) of Majuro, Republic of the Marshall Islands, being the duly appointed Registered Agent of ARGENTINA INTERNATIONAL S.A. (the "Company"), a non-resident domestic company incorporated in the Marshall Islands on August 5, 2016 with corporation number 85468, hereby confirm the following:

1. The Company is in Good Legal Standing in the Marshall Islands.

2. The registered address of the Company is: Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro, Republic of the Marshall Islands MH 96960

3. As far as can be determined from the documents recorded with the Registered Agent of the Company at the Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro, Republic of the Marshall Islands MH 96960:

   a. The current Director is:

| Name | Optional Information |
|---|---|
| Mr. Stoyan Penev Georgiev | |

   b. The beneficial owners of the company are:

| Name |
|---|
| Ribex Holding GmbH |

WITNESS my hand and the official seal of
The Trust Company of the Marshall Islands, Inc.
on **May 15, 2020.**

The Trust Company of the Marshall Islands, Inc.
Vasiliki Lymperopoulou
Registered Agent
Authorized Signature

THE TRUST COMPANY OF THE MARSHALL ISLANDS, INC. CORPORATE SEAL 1990 REPUBLIC OF THE MARSHALL ISLANDS

**APOSTILLE**

*(Hague Convention of 5 October 1961/*
*Convention de la Haye du 5 October 1961)*

1. Country: The Republic of the Marshall Islands

***This Public Document***

2. has been signed by: V. Lymperopoulou

3. acting in the capacity of: The Trust Company of the Marshall Islands, Inc., Registered Agent, Authorized Signatory

4. bears the seal/stamp of: The Trust Company of the Marshall Islands, Inc.

***Certified***

5. at: Piraeus, Greece 6. on: May 15, 2020

7. by: Special Agent of the Republic of the Marshall Islands

8. Number: P- 04286-05/2020

9. Seal /stamp: 10: Signature:

SPECIAL AGENT OF THE MARSHALL ISLANDS

Ifigeneia Diamanti, Special Agent of the Republic of the Marshall Islands