# **Exhibit B**

**DECLARATION OF INCUMBENCY**

I, **Stoyan Penev Georgiev**, a citizen of Republic of Bulgaria, PIN: 7005170487, identity card number: 648835214, address: 5, Kavatzite St., Sozopol, Bulgaria, in my capacity as Director of ZELDA PROPERTIES LIMITED hereby certify and confirm the following:

1. The current director is:

**Mr. Stoyan Penev Georgiev**.

2. The beneficial owner of the company is:

**Mr. Atanas Bostanjev**

IN WITNESS WHEREOF, the undersigned has executed this Declaration on this 20th day of January, 2025.

**Stoyan Georgiev**
Director

# DECLARATION OF INCUMBENCY

I, **Stoyan Penev Georgiev**, a citizen of Republic of Bulgaria, PIN: 7005170487, identity card number: 648835214, address: 5, Kavatzite St., Sozopol, Bulgaria, in my capacity as Director of RAMBLER FINANCE COMPANY hereby certify and confirm the following:

1. The current director is:

**Mr. Stoyan Penev Georgiev**.

2. The beneficial owner of the company is:

**ZELDA PROPERTIES LIMITED** / 400 shares
**ARGENTINA INTERNATIONAL S.A.** / 100 shares

IN WITNESS WHEREOF, the undersigned has executed this Declaration on this 20th day of January, 2025.

**Stoyan Georgiev**
Director