# **Exhibit C**

# CERTIFICATE OF INCUMBENCY
# OF
# RAMBLER FINANCE COMPANY

We, The Trust Company of the Marshall Islands, Inc. (TCMI) of Majuro, Republic of the Marshall Islands, being the duly appointed Registered Agent of RAMBLER FINANCE COMPANY (the "Company"), a non-resident domestic company incorporated in the Marshall Islands on May 18, 2016 with corporation number 84073, hereby confirm the following:

4. The Company is in Good Legal Standing in the Marshall Islands.

5. The registered address of the Company is: Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro, Republic of the Marshall Islands MH 96960

6. As far as can be determined from the documents recorded with the Registered Agent of the Company at the Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro, Republic of the Marshall Islands MH 96960:

   c. The current Director is:

| **Name** |
|---|
| **Mr. Genko Anguelov Karabadjakov** |

   d. The beneficial owner of the Company is:

| **Name** |
|---|
| **ZELDA PROPERTIES LIMITED** |
| **ARGENTINA INTERNATIONAL S.A.** |

THE TRUST COMPANY OF THE MARSHALL ISLANDS, INC. CORPORATE SEAL 1990 REPUBLIC OF THE MARSHALL ISLANDS

WITNESS my hand and the official seal of
The Trust Company of the Marshall Islands, Inc.
on **April 29, 2025**.

The Trust Company of the Marshall Islands, Inc.
Vasiliki Lymperopoulou
Registered Agent
Authorized Signature

**APOSTILLE**

*(Hague Convention of 5 October 1961/*
*Convention de la Haye du 5 October 1961)*

1. Country: The Republic of the Marshall Islands

***This Public Document***

2. has been signed by: V. Lymperopoulou

3. acting in the capacity of: The Trust Company of the Marshall Islands, Inc., Registered Agent, Authorized Signatory

4. bears the seal/stamp of: The Trust Company of the Marshall Islands, Inc.

***Certified***

5. at: Piraeus, Greece 6. on: April 29, 2025

7. by: Special Agent of the Republic of the Marshall Islands

8. Number: P- 05348-04/2025

9. Seal /stamp: 10: Signature:

SPECIAL AGENT OF THE MARSHALL ISLANDS SEAL

Ifigeneia Diamanti

POLYGLOT

ПРЕВОДИ
ПОЛИГЛОТ - 2008 ЕООД
ул. Д-р Нидер 25А, 8000 Бургас
моб. 0888 328 038
e-mail: blagcho@abv.bg

TRANSLATIONS
POLYGLOT - 2008 EOOD
25A, Dr. Nider St., 8000 Burgas
mob. +359 888 328 038
e-mail: blagcho@abv.bg

*Превод от английски език*

**СВИДЕТЕЛСТВО ЗА ПРАВОМОЩИЯТА НА ДЕЙСТВАЩИТЕ ОРГАНИ НА УПРАВЛЕНИЕ И СЪСТОЯНИЕ НА ТЪРГОВСКО ДРУЖЕСТВО НА РАМБЛЪР ФАЙНЕНС КЪМПЪНИ (RAMBLER FINANCE COMPANY)**

Ние, Агенцията по вписванията (Траст Къмпани) на Маршаловите Острови в Маджуро, Република Маршалови острови, в качеството си на надлежно назначен регистриращ агент на РАМБЛЪР ФАЙНЕНС КЪМПЪНИ (RAMBLER FINANCE COMPANY) („Компанията"), нерезидетно местно дружество, което е учредено на Маршаловите острови на 18 май 2016 година под номер 84073 на юридическо лице, с настоящото потвърждаваме, че

УДОСТОВЕРЯВАМЕ:

1. Че Компанията е валидно съществуваща и е в добро състояние съгласно законите на Маршаловите Острови.
2. Седалището и адресът на управление на дружеството са: Траст Къмпани Комплекс, Ажелтейк Роуд, о-в Ажелтейк, Маджуро, Република Маршалови Острови, MH 96960.
3. Че съгласно архивите, поддържани от регистриращия агент на Компанията в Траст Къмпани Комплекс, Ажелтейк Роуд, о-в Ажелтейк, Маджуро, Република Маршалови Острови, MH 96960:

а. Настоящият директор е:

| Име |
|---|
| Г-н Генко Ангелов Карабаджаков |

б. Бенефициентният собственик на дружеството е:

| Име | |
|---|---|
| „ЗЕЛДА ПРОПЪРТИС ЛИМИТИД" (ZELDA PROPERTIES LIMITED) | |
| АРЖЕНТИНА ИНТЕРНЕШЪНЪЛ С.А." (ARGENTINA INTERNATIONAL S.A.) | |

Потвърждавам с моя подпис и официален печат на Агенцията по вписванията (Траст Къмпани) на Маршаловите Острови на 29.04.2025 г.

„ПОЛИГЛОТ - 2008" ЕООД БУРГАС BURGAS „POLYGLOT - 2008" Ltd.

*подпис*
Василики Лимберопулу
Агенция по вписванията (Траст Къмпани) на Маршаловите острови
Регистриращ агент, оторизиран подпис

**АПОСТИЛ**

*(Конвенция от Хага от 05 октомври 1961)*

1. Държава: Република Маршалови острови
   Този държавен документ:
2. Е подписан от В. Лимберопулу
3. Действащ в качеството си на Агенцията по вписванията (Траст Къмпани) на Маршаловите Острови, Регистриращ агент, Оторизиран служител
4. Носи печат/марка на Агенцията по вписванията (Траст Къмпани) на Маршаловите острови

**ЗАВЕРЕН**

5. В Пирея, Гърция
6. На 29.04.2025 г.
7. От Специален агент, Бюро по морска администрация на Република Маршалови Острови
8. № P-05348-04/2025
9. Печат/марка: 10. Подпис: Ифигения Диаманди

*(Печат на Специален агент на Маршалови Острови и подпис)*

*Подписаната Блага Стоянова Хаджиева удостоверявам верността на извършения от мен превод от английски език на български език на приложения документ: Удостоверение за валидност от 29.04.2025 г. Преводът се състои от две страници.*
*Преводач:*

"ПОЛИГЛОТ - 2008" ЕООД БУРГАС BURGAS "POLYGLOT - 2008" Ltd.

НОТАРИУС № 290 Бинка КИРОВА Район на действие Р.С. БУРГАС РЕПУБЛИКА БЪЛГАРИЯ

На 30.04.2025 г., БИНКА КИРОВА, нотариус в район РС Бургас с рег. № 290 на Нотариалната камара, удостоверявам подписите върху този документ, положени от: БЛАГА СТОЯНОВА ХАДЖИЕВА, ЕГН: 7105310010 - Преводач
Рег. № 2913
Събрана такса:

Помощник нотариус - Ася Дамянов: