James H. Power
Isabel D. Knott
HOLLAND & KNIGHT LLP
787 Seventh Avenue, 31st Floor
New York, New York 10019
Telephone: (212) 513-3200
James.Power@hklaw.com
Isabel.Knott@hklaw.com
*Attorneys for Applicant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RAMBLER FINANCE COMPANY<br><br>REQUEST FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | Civil Action No. 25-MC-224 |

**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

This matter comes before the Court by an *ex parte* application for discovery pursuant to 28 U.S.C. § 1782 (the "Application") filed by Rambler Finance Company ("Applicant"). Having reviewed the Application, its supporting memorandum, the Declaration of James H. Power, dated May 16, 2025, as well as the accompanying exhibits, the Court is satisfied that the requirements of 28 U.S.C. § 1782 are met and the production of the requested documents is warranted under 28 U.S.C. § 1782, and the court hereby ORDERS as follows:

1. The Application is GRANTED.

2. Applicant is authorized to serve a subpoena on International Registries, Inc., as agent for The Trust Company of the Marshall Islands, for production of the following documents:

A. For the period April 1, 2016 to present, all documents in the possession or control of International Registries, Inc. as agent and administrator for The Trust Company of the

Marshall Islands, concerning the formation and corporate registration (including the payment of registration fees) of the following entities:

i. Rambler Finance Company;

ii. Zelda Properties Limited; and

iii. Argentina International S.A.,

(together, the "Discovery Subjects");

B. For the period April 1, 2016 to present, all documents in the possession or control of International Registries, Inc. as agent and administrator for The Trust Company of the Marshall Islands concerning communications between The Trust Company of the Marshall Islands and any of the referenced entities or their agents or representatives; and

C. For the period April 1, 2016 to present, all documents in the possession or control of International Registries, Inc. as custodians for The Trust Company of the Marshall Islands, concerning each directorship held by actual and purported directors of the referenced entities; and

D. For the period April 1, 2016 to present, all documents in the possession or control of International Registries, Inc. as agent and administrator for The Trust Company of the Marshall Islands concerning communications and/or records of discussions and negotiations between The Trust Company of the Marshall Islands and any of the referenced entities and/or the actual and purported directors of the referenced entities.

4. International Registries, Inc. shall produce the documents requested in the subpoena within fourteen (14) days of service of the subpoena and as required under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of New York.

5. International Registries, Inc. shall preserve documents and evidence, electronic or otherwise, in their possession, custody, or control that contain information potentially relevant to the subject matter of the Applicant's document request.

6. The Court shall retain jurisdiction over the matter for the purpose of enforcing this Order, as appropriate, and assessing any supplemental request for discovery assistance by Applicant.

7. A copy of this Order shall be served on International Registries, Inc.

SO ORDERED.

Dated: New York, New York
May ___ , 2025

______________________________
UNITED STATES DISTRICT JUDGE