UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RAMBLER FINANCE COMPANY<br><br>REQUEST FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | Case No.: 1:25-mc-00224<br><br>**NOTICE OF APPEARANCE** |

**TO: CLERK OF THE COURT AND ALL PARTIES OF RECORD**

PLEASE TAKE NOTICE, that I am admitted or otherwise authorized to practice in this Court and I appear in this case as counsel for Petitioner Rambler Finance Company, and respectfully request that all notices and copies of pleadings, papers and other materials relevant to this action be directed and served upon the undersigned.

Dated: New York, New York
May 19, 2025

**HOLLAND & KNIGHT LLP**

By: ______________________

Isabel D. Knott – Bar No. 5584479
787 Seventh Avenue, 31st Floor
New York, New York 10019
Telephone: (212) 513-3200
Isabel.Knott@hklaw.com

*Attorneys for Petitioner Rambler Finance Company*