UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RAMBLER FINANCE COMPANY<br><br>REQUEST FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | Case No.: 1:25-mc-00224<br><br>**RULE 7.1 STATEMENT** |

**PETITIONER'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure 7.1, Petitioner Rambler Finance Corporation ("Rambler"), by and through its attorneys, Holland & Knight LLP hereby certifies that no publicly traded entity owns 10% or more of Plaintiff's shares.

Dated: New York, New York
May 19, 2025

**HOLLAND & KNIGHT LLP**

By: _*/s/ James H. Power*____

James H. Power
787 Seventh Avenue, 31st Floor
New York, New York 10019
Telephone: (212) 513-3200
James.Power@hklaw.com

*Attorneys for Petitioner Rambler Finance Company*