UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

RAMBLER FINANCE COMPANY REQUEST FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782

25-mc-0224 (JHR)

ORDER OF REFERENCE TO A MAGISTRATE JUDGE

JENNIFER H. REARDEN, District Judge:

This action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: ____________________
All such motions: ____

☒ General Pretrial & Dispositive Motions (all purposes except trial)

☐ Specific Non-Dispositive Motion/Dispute:
________________________________

☐ Settlement

☐ Habeas Corpus

☐ Social Security

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: __________________________

SO ORDERED.

Dated: May 20, 2025
New York, New York

Jennifer H. Rearden
JENNIFER H. REARDEN
United States District Judge