```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/21/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE:

RAMBLER FINANCE COMPANY

REQUEST FOR DISCOVERY
PURSUAN TO 28 U.S.C. § 1782

1:25-mc-00224 (JHR) (SDA)

<u>ORDER</u>

**STEWART D. AARON, United States Magistrate Judge:**

This matter comes before the Court by an *ex parte* application for discovery pursuant to 28 U.S.C. § 1782 (the "Application") filed by Rambler Finance Company ("Applicant"). Having reviewed the Application, its supporting memorandum, the Declaration of James H. Power, dated May 16, 2025, as well as the accompanying exhibits, the Court finds as follows:

A. Applicant has met the requirements under 28 U.S.C. § 1782 for granting the requested judicial assistance and relief.

B. For purposes of the instant Application, International Registries, Inc. resides or is found in this Judicial District.

C. The discovery sought is for use in a proceeding in a foreign proceeding.

D. The Applicant is an interested person within the meaning of the statute.

E. The discretionary factors, as described by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 247 (2004), weigh in favor of granting the requested assistance. (*See* Pet. Mem., ECF No. 4, at 10-13.)

F.     The granting of the Application *ex parte* is recognized in this Circuit. *See Gushlak v. Gushlak*, 486 F. App'x 215, 217 (2d Cir. 2012) ("[I]t is neither uncommon nor improper for district courts to grant applications made pursuant to § 1782 *ex parte*.").

Accordingly, it is hereby ORDERED, as follows:

1.     Applicant is authorized to serve a subpoena on International Registries, Inc., as agent for The Trust Company of the Marshall Islands, for production of the following documents:

   A.     For the period April 1, 2016 to present, all documents in the possession or control of International Registries, Inc. as agent and administrator for The Trust Company of the Marshall Islands, concerning the formation and corporate registration (including the payment of registration fees) of the following entities: (i) Rambler Finance Company; (ii) Zelda Properties Limited; and (iii) Argentina International S.A.;

   B.     For the period April 1, 2016 to present, all documents in the possession or control of International Registries, Inc. as agent and administrator for The Trust Company of the Marshall Islands concerning communications between The Trust Company of the Marshall Islands and any of the referenced entities or their agents or representatives;

   C.     For the period April 1, 2016 to present, all documents in the possession or control of International Registries, Inc. as custodians for The Trust Company of the Marshall Islands, concerning each directorship held by actual and purported directors of the referenced entities; and

        D.        For the period April 1, 2016 to present, all documents in the possession or control of International Registries, Inc. as agent and administrator for The Trust Company of the Marshall Islands concerning communications and/or records of discussions and negotiations between The Trust Company of the Marshall Islands and any of the referenced entities and/or the actual and purported directors of the referenced entities.

4.        International Registries, Inc. shall produce the documents requested in the subpoena within fourteen (14) days of service of the subpoena and as required under the Federal Rules of Civil Procedure and the Local Civil Rules of the United States District Court for the Southern District of New York, unless an extension is granted by the Court based upon a showing of good cause.

5.        International Registries, Inc. shall preserve documents and evidence, electronic or otherwise, in their possession, custody or control that contain information potentially relevant to the subject matter of the Applicant's document request.

6.        Nothing in this Order should be construed to prevent or otherwise foreclose International Registries, Inc. from seeking appropriate relief from the Court.

7.        The Court shall retain jurisdiction over the matter for the purpose of enforcing this Order, as appropriate, and assessing any supplemental request for discovery assistance by Applicant.

8.        A copy of this Order shall be served on International Registries, Inc.

**SO ORDERED.**

Dated: New York, New York
May 21, 2025

_____
STEWART D. AARON
United States Magistrate Judge